# APPENDIX A

Appendix A

**Dismissing Plaintiffs – Teva Pharmaceutical Industries Ltd.**

- City of Apopka
- City of Bradenton
- City of Clearwater
- City of Coconut Creek
- City of Coral Springs
- City of Daytona Beach
- City of Daytona Beach Shores
- City of Deerfield Beach
- City of Delray Beach
- City of Deltona
- City of Florida City
- City of Fort Lauderdale
- City of Fort Pierce
- City of Hallandale Beach
- City of Homestead
- City of Lauderhill
- City of Miami
- City of Miami Gardens
- City of Miramar
- City of New Port Ritchey
- City of Niceville
- City of North Miami
- City of Ocala
- City of Ocoee
- City of Orlando

- City of Ormond Beach
- City of Oviedo
- City of Palatka
- City of Panama City
- City of Pembroke Pines
- City of Pensacola
- City of Pinellas Park
- City of Pompano Beach
- City of Port Saint Lucie
- City of Sanford
- City of St. Augustine
- City of St. Petersburg
- City of Sweetwater
- City of Tallahassee
- City of Tampa
- Town of Eatonville
- Bay County
- Bradford County
- Brevard County
- Broward County
- Calhoun County
- Clay County
- Dixie County
- Escambia County
- Gilchrist County
- Gulf County
- Hamilton County

- Hernando County
- Hillsborough County
- Holmes County
- Jackson County
- Lake County
- Lee County
- Leon County
- Manatee County
- Marion County
- Miami-Dade County
- Monroe County
- Orange County
- Palm Beach County
- Pasco County
- Pinellas County
- Polk County
- Putnam County
- Saint Johns County
- Saint Lucie County
- Santa Rosa County
- Sarasota County
- Seminole County
- Suwannee County
- Taylor County
- Union County
- Volusia County
- Washington County

## Appendix A

## Dismissing Plaintiffs – Anda, Inc.

- Alachua County
- City of Delray Beach
- City of Jacksonville
- City of Lynn Haven
- City of Miami Gardens
- City of New Port Ritchey
- City of Niceville
- City of North Miami
- City of Ormond Beach
- City of Pinellas Park
- City of St. Petersburg
- City of Stuart
- City of Tampa
- Hernando County
- Hillsborough County
- Holmes County
- Levy County
- Miami-Dade County
- Okaloosa County
- Osceola County
- Palm Beach County
- Pasco County
- Pinellas County
- Santa Rosa County
- Walton County